1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Jonathan Adriel Fried -
#257631

_____/

No. C 14-80234

**ORDER RE REASSIGNMENT**

This action is hereby **REASSIGNED** to **JUDGE JAMES DONATO**.

**IT IS SO ORDERED.**

Dated:   September 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE